# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| **JEANNE PAGANO** and **DANA NORRIS**, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> **QUICKEN LOANS, INC,** a Michigan corporation, <br><br> *Defendant*. | Case No. 3:18-cv-00117-HES-JBT <br><br> **CLASS ACTION** <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs Jeanne Pagano and Dana Norris hereby notify the Court of the following supplemental authority in support of Plaintiffs' Response in Opposition to Defendant's Motion to Dismiss First Amended Class Action Complaint, [ECF No. 22]: *Becker v. HBN Media, Inc.*, No. 18-60688-CIV-ALTONAGA/Seltzer (S.D. Fla. June 6, 2018) (denying motion to dismiss for lack of personal jurisdiction and stating, "The Court is persuaded by the case law cited by Plaintiff supporting his position *Bristol-Myers* does not apply to class actions such as this one[.…] The Court rejects Defendant's suggestion it cannot exercise personal jurisdiction over it on the basis the Complaint's proposed Class definition includes non-Florida residents who, like Plaintiff, received unsolicited text message advertisements in violation of the TCPA.")  A copy of the aforesaid opinion is attached hereto as **Exhibit A**.

Dated: June 6, 2018

Respectfully submitted,

| | |
|---|---|
| **HIRALDO P.A.** | **LAW OFFICES OF STEFAN COLEMAN P.A.** |
| Manuel S. Hiraldo, Esq. | Stefan Coleman, Esq. |
| Florida Bar No. 030380 | Florida Bar No. 00030188 |
| 401 E. Las Olas Boulevard | 201 S. Biscayne Blvd., 28th Floor |
| Suite 1400 | Miami, Florida 333131 |
| Ft. Lauderdale, Florida 33301 | Telephone: (888) 333-9427 |
| mhiraldo@hiraldolaw.com | Facsimile: (888) 498-8946 |
| Telephone: 954.400.4713 | |

*Counsel for Plaintiffs and the Class*

*Counsel for Plaintiffs and the Class*

**IJH LAW**

*/s/ Ignacio J. Hiraldo*
Ignacio J. Hiraldo
Florida Bar No. 0056031
14 NE First Ave
10th Floor
Email: ijhiraldo@ijhlaw.com
Telephone: 786.351.8709

*Counsel for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CETIFY that on June 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

>/s/ Ignacio J. Hiraldo
>Ignacio J. Hiraldo
>Florida Bar No. 0056031
>14 NE First Ave
>10th Floor
>Email: ijhiraldo@ijhlaw.com
>Telephone: 786.351.8709
>
>*Counsel for Plaintiffs and the Class*