# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| **JEANNE PAGANO and DANA NORRIS**, individually and on behalf of all others similarly situated, | Case No. 3:18-cv-00117-HES-JBT |
| *Plaintiffs*, | **CLASS ACTION** |
| v. | **JURY TRIAL DEMANDED** |
| **QUICKEN LOANS, INC,** a Michigan corporation, | |
| *Defendant*. | |

## NOTICE OF SETTLEMENT

Plaintiff hereby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing a settlement agreement. Plaintiff anticipates filing a notice of dismissal within ten (10) days of this notice

Date: February 13, 2019

    Respectfully submitted,

    */s/ Manuel S. Hiraldo*
    Manuel S. Hiraldo
    **HIRALDO P.A.**
    Florida Bar No. 030380
    401 E. Las Olas Boulevard
    Suite 1400
    Ft. Lauderdale, Florida 33301
    Email: mhiraldo@hiraldolaw.com
    Telephone: 954.400.4713

    *Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
HIRALDO P.A.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Florida Bar No. 030380
mhiraldo@hiraldolaw.com
Telephone: 954.400.4713