**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**JEANNE PAGANO and DANA NORRIS, individually and on behalf of all others similarily situated,**

**Plaintiffs,**

**v.** **Case No. 3:18-cv-117-J-20JBT**

**QUICKEN LOANS, INC., a Michigan corporation,**

**Defendant.**
_______________________________/

**ORDER**

This cause is before this Court on Plaintiff's "Notice of Settlement" (Dkt. 54) that explains the parties are in the process of finalizing a settlement agreement.

Accordingly, it is so **ORDERED**:

1. This case is hereby **DISMISSED without prejudice**, subject to the right of any party to move this Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 20 day of February, 2019.

**HARVEY E. SCHLESINGER**
UNITED STATES DISTRICT JUDGE

Copies to:
Manuel Santiago Hiraldo, Esq.
Stefan Coleman, Esq.
Ignacio Hiraldo, Esq.
James Kirby McDonough, Esq.
Steven Douglas Knox, Esq.
William Kyle Tayman, Esq.
Brooks R. Brown, Esq.