UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEANNE PAGANO and DANA NORRIS,
individually and on behalf of all others
similarly situated,

      Plaintiffs,

v.                                          Case No. 3:18-cv-117-J-20JBT

QUICKEN LOANS, INC., a Michigan
corporation,

      Defendant.
_____/

## ORDER

This matter is before this Court on the parties' "Stipulation for Final Order of Dismissal with Prejudice" (Dkt. 56).

Accordingly, it is **ORDERED**:

1. The parties' "Stipulation for Final Order of Dismissal with Prejudice" (Dkt. 56) is **GRANTED** and this action is dismissed with prejudice with each party to bear her or its own attorney's fees and costs and waving all rights to appeal; and

2. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 27 day of March, 2019.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Manuel Santiago Hiraldo, Esq.
Stefan Coleman, Esq.
Ignacio Hiraldo, Esq.
James Kirby McDonough, Esq.
Steven Douglas Knox, Esq.
William Kyle Tayman, Esq.
Brooks R. Brown, Esq.